**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| International Wholesale Supply, Inc., | ) | No. CIV 07-751-PCT-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Federal Express Corporation, et al., | ) | |
| Defendants. | ) | |

Having considered the request of Defendant FedEx Ground Package System, Inc., to allow its representative Lisa L. Steele to appear telephonically at the Rule 16 Preliminary Pretrial Conference on **July 11, 2007, at 10:00 a.m.** before this Court [Dkt.18], and for good cause shown,

**IT IS ORDERED** that Lisa L. Steele may appear telephonically at the July 11th Rule 16 Conference. Ms. Steele shall call the Court on a clear land-line at **9:55 a.m.** (local time) at 602-322-7555.

DATED this 9th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge